```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06954
    LINDA VARNADO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1574


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 04/17/2007 and was not confirmed.

    The case was dismissed without confirmation 07/30/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG        .00            .00          .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE    15813.74           .00          .00
CHASE AUTO FINANCE         SECURED VEHIC    23757.40           .00          .00
CHASE AUTO FINANCE         UNSECURED       NOT FILED           .00          .00
CITY OF CHICAGO DEPT OF    PRIORITY        NOT FILED           .00          .00
CITY OF CHICAGO PARKING    UNSECURED          160.00           .00          .00
ECAST SETTLEMENT CORP      UNSECURED          189.49           .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,454.00                        .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                      1,600.00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              1,600.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                1,600.00
                     ---------------        ---------------
TOTALS               1,600.00                1,600.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 06954 LINDA VARNADO

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/18/07 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |